E-FILED
Friday, 29 April, 2005  04:03:37 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: |
| ) | |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

### FORFEITURE COMPLAINT IN REM

NOW COMES the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Esteban F. Sanchez, and for its complaint for forfeiture respectfully states as follows:

1.     This is an action in rem brought to enforce the provisions of 21 U.S.C. §881(a)(6) for the forfeiture of all property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is traceable to a violation of 31 U.S.C. § 5324(a) (structuring) which is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

2.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3.     The defendant is one 2000 Ford Excursion, VIN #1FMNU43S9YEE15374.

4.     This action is brought in the Central District of Illinois, Rock Island Division, as the defendant vehicle was seized in Rock Island, Illinois, and will remain within the jurisdiction of this Court throughout the pendency of this action.

5. Based on the following information, there is probable cause to believe that the defendant vehicle constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is traceable to a violation of 31 U.S.C. § 5324(a) (structuring) which is, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

6. On November 17, 2004, law enforcement agents, along with the United States Attorney's Office, conducted a proffer interview of Jose Tovar. Mr. Tovar was arrested on August 12, 2004 and indicted for conspiracy to distribute over five kilograms of cocaine.

7. During this interview, Jose Tovar admitted to purchasing a 2000 Ford Excursion with drug proceeds. Tovar stated that he purchased the vehicle using four cashier's checks totaling $19,000 and that the funds used to obtain the cashier's checks were from drug proceeds. Tovar put the vehicle in his father's name, Alfredo Tovar, to avoid detection of the vehicle by law enforcement. At that time, agents told Jose Tovar that the vehicle would be subject to forfeiture and Tovar agreed to turn over custody of the vehicle to Attorney Jack Schwartz who would then turn over the vehicle to law enforcement.

8. On November 23, 2004, Attorney Schwartz relinquished custody of the 2000 Ford Excursion to law enforcement.

9. Based upon the foregoing, it is believed that the vehicle was purchased with the proceeds from the sale of cocaine by Jose Tovar and is, therefore, forfeitable to the United States.

WHEREFORE, the United States of America prays that this Court forfeit the defendant, 2000 Ford Excursion, VIN #1FMNU43S9YEE15374, to the United States of America for disposition

according to law, for the issuance of a Warrant in Rem, for costs of suit and for such other and further relief as the Court may deem necessary.

          Respectfully Submitted,

          JAN PAUL MILLER
          UNITED STATES ATTORNEY

By:    s/Esteban F. Sanchez
       Esteban F. Sanchez
       Assistant United States Attorney
       Illinois Bar No. 3123604
       318 South 6th Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       esteban.sanchez@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

Executed on this 27th day of April, 2005.

          S/A Jon Johnson
          Special Agent Jon Johnson
          Drug Enforcement Administration