E-FILED
Friday, 29 April, 2005  05:00:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No:  05-4036 |
| | ) | |
| 2000 FORD EXCURSION, | ) | |
| VIN #1FMNU43S9YEE15374, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR AN ORDER FOR PUBLIC NOTICE

NOW COME the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Esteban F. Sanchez, and move pursuant to Supplemental Rule C(4), Federal Rules of Procedure, for an Order to designate the Moline Daily Dispatch, Moline, Illinois to publish the attached public Notice of Action and Seizure.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:   s/Esteban F. Sanchez
Esteban F. Sanchez
Assistant United States Attorney
Illinois Bar No. 3123604
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
esteban.sanchez@usdoj.gov

## ORDER

So ordered this _____ day of _____, 2005.

_____

## NOTICE OF ACTION AND SEIZURE

PLEASE TAKE NOTICE that on April 28, 2005, the United States of America filed a Forfeiture Complaint in Civil Action No: _____ in the United States District Court for the Central District of Illinois, in order to forfeit one 2000 Ford Excursion, VIN #1FMNU43S9YEE15374. A copy of the Complaint can be obtained from the Clerk, United States District Court, 211 19th Street, Rock Island, IL 61201 (telephone: (309) 793-5778) or from Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone: (217-492-4450).

In accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal.

Anyone with a claim to this property should file that claim with the Clerk of the United States District Court and with Esteban Sanchez within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.