AO 440 (REV. 5/85) Summons in a Civil Action

## Central District of Illinois
## Rock Island Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>2000 FORD EXCURSION, )<br>VIN #1FMNU43S9YEE15374, )<br>  )<br>Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>No: 05-4036 |

TO: (Name and Address of Defendant)     **Jose Tovar**
**c/o Attorney Jack Schwartz**
**1800 Third Avenue, Suite 211**
**Rock Island, IL 61201**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney (Name and Address)

Esteban F. Sanchez
Assistant U.S. Attorney
318 S. Sixth Street
Springfield, IL  62701
Telephone: 217-492-4450

a verified claim within thirty (30) days after service of this Summons upon you, exclusive of the day of service, and answer to the complaint within twenty (20) days after the filing of your claim. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. A copy of your claim and answer must also be filed with the Clerk of this Court

    s/John M. Waters                              May 2, 2005
Clerk                                         Date

    s/T. Peeples
By Deputy Clerk

AO 440 (REV. 5/85) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint was made by me[1] | DATE: |
|---|---|
| NAME OF SERVER: | TITLE: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

　　I declare under penalty of perjury under the laws of the United States of America that the following information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
　　　　　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Address of Server

---

[1] As to who may serve a Summons, see Rule 4 of the Federal Rules of Civil Procedure