AO 440 (REV. 5/85) Summons in a Civil Action

**E-FILED**
Monday, 02 May, 2005 10:20:17 AM
Clerk, U.S. District Court, ILCD

## Central District of Illinois
## Rock Island Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **SUMMONS IN A CIVIL ACTION** |
| vs. ) | |
| ) | No: 05-4036 |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

TO: (Name and Address of Defendant)   **Ramona Gayton**
**415 Eighth Street**
**Moline, Illinois**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney (Name and Address)

Esteban F. Sanchez
Assistant U.S. Attorney
318 S. Sixth Street
Springfield, IL  62701
Telephone: 217-492-4450

a verified claim within thirty (30) days after service of this Summons upon you, exclusive of the day of service, and answer to the complaint within twenty (20) days after the filing of your claim.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  A copy of your claim and answer must also be filed with the Clerk of this Court

_____s/John M. Waters_____    _____May 2, 2005_____
Clerk                                Date


_____s/T. Peeples_____
By Deputy Clerk

AO 440 (REV. 5/85) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE: |
| NAME OF SERVER: || TITLE: |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant.  Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age  and  discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____

☐   Other (specify):_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the following information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                            Signature of Server


                                            _____
                                            Address of Server

_____

[1]As to who may serve a Summons, see Rule 4 of the Federal Rules of Civil Procedure