**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN** ~~FILED~~
Friday, 13 May, 2005 10:12:04 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-4036 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 2000 Ford Excursion, VIN #1FMNU43S9YEE15374 | In Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**2000 Ford Excursion, VIN #1FMNU43S9YEE15374**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**FILED**

**MAY 11 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Esteban F. Sanchez, Assistant United States Attorney
U.S. Attorney's Office
318 S. Sixth Street
Springfield, IL 62701

Number of process to be served in this case

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of : s/Esteban F. Sanchez | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 217-492-4450 | DATE 4/26/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 4 | District of Origin No. 026 | District to Serve No. 026 | Signature of Authorized USMS Deputy or Clerk | Date 5/10/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 5-10-05 | Time 16:30 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee $45 | Total Mileage Charges (including endeavors) — | Forwarding Fee — | Total Charges $45.00 | Advance Deposits — | Amount Owed to US Marshal or $45.00 | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No:  05-4036 |
| | ) | |
| 2000 FORD EXCURSION, | ) | |
| VIN #1FMNU43S9YEE15374, | ) | |
| | ) | |
| Defendant. | ) | |

### WARRANT OF ARREST IN REM

TO:    The United States Marshal for the Central District of Illinois:

WHEREAS, on April 28, 2005, a verified Complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action.

NOW, THEREFORE, we do hereby command that you seize the following property and detain the same in your custody until further order of the Court regarding the same, which is more fully described as:

### 2000 FORD EXCURSION, VIN #1FMNU43S9YEE15374

All persons claiming an interest in said property must file their verified claims, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the execution of the warrant or actual notice of this action, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk of the District Court, 211 19th Street, Room 40, Rock Island, Illinois 61201 and with Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone: (217-492-4450).

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§1602-1619, and Title 21 C.F.R. §§1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Dated this _28th_ day of __April, 2005.        _____s/John M. Waters_____, Clerk

A TRUE COPY
ATTEST:                                By: ____s.T. Peeples_____
                                                    Deputy Clerk

JOHN M. WATERS, CLERK
BY:
     s/ T. PEEPLES
            DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:   4-28-05