E-FILED
Wednesday, 08 June, 2005 12:13:32 PM
Clerk, U.S. District Court, ILCD

# Dispatch·Argus

## BILLING INFORMATION

| ACCOUNT # | AD # | AMOUNT | DUE UPON RECEIPT | DESCRIPTION | AD START DATE | INSERTIONS | CLASSIFICATION | AD STOP DATE | INCHES |
|---|---|---|---|---|---|---|---|---|---|
| 112148 | 296091 | $78.75 | | 2000 Ford Excursion | 5/11/05 | 3 | 2227 | 5/25/05 | 2.917 |

Thank you for giving us the opportunity to serve you! If you have any questions regarding this invoice, please contact us at 309-757-4901. We are open Monday - Friday 8:00 a.m. - 5:30 p.m.

Billing Address - 1720 5th Avenue, Moline, IL 61265-7997

---

RETAIN THIS PORTION FOR YOUR RECORDS

---

**NOTICE OF ACTION AND SEIZURE**

PLEASE TAKE NOTICE that on April 28, 2005, the United States of America filed a Forfeiture Complaint in Civil Action No: 05-4036 in the United States District Court for the Central District of Illinois, in order to forfeit one 2000 Ford Excursion, VIN #1FMNU43S9YEE15374. A copy of the Complaint can be obtained from the Clerk, United States District Court, 211 19th Street, Rock Island, IL 61201 (telephone (309) 793-5778) or from Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone (217) 492-4450).

In accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal. Anyone with a claim to this property should file that claim with the Clerk of the United States District Court and with Esteban Sanchez within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.

11-18-25

## CERTIFICATE OF PUBLICATION

The undersigned, the MOLINE DISPATCH PUBLISHING COMPANY L.L.C., hereby certifies that it is a Limited Liability Company, existing and doing business under the laws of the State of Delaware, licensed to do business in the State of Illinois, and states that it is publisher of THE DISPATCH and THE ROCK ISLAND ARGUS daily, public, secular newspapers of general circulation printed and published daily in the City of Moline, County of Rock Island, State of Illinois, and further certifies that a notice whereof the annexed printed notice, a true copy, was printed and published in said newspapers, time(s); that said notice was so printed and published in said newspaper 1 time(s) in each week for 3 successive week(s), the date of the first said newspaper containing said notice being the 11th day of MAY A.D. 2005 and the last said newspaper containing said notice being the 25th day of

MOLINE DISPATCH PUBLISHING COMPANY L.L.C.

By _____
Moline, Illinois
06/01/2005

_____
that he is the Business Manager of the MOLINE DISPATCH PUBLISHING COMPANY L.L.C. and are true and that the annexed notice was published as therein specified, and that said THE regularly published in the City of Moline, County of Rock Island, and State of Illinois, for more

Account/Ad#
112148

Account Name
U.S. DEPARTMENT OF JUSTICE

Subscribed and sworn to before me this 1 day of JUN 2005

_____
Notary Public

[NOTARY SEAL: 296091 BENDER FORD NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES 04-12-2005]