**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

**E-FILED**
Friday, 16 September, 2005  02:01:33 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-4036 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 2000 Ford Excursion, VIN #1FMNU43S9YEE15374 | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alfredo Tovar

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
1821 24th Avenue, Moline, IL  61265-4872

FILED
SEP 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Esteban F. Sanchez, Assistant United States Attorney
U.S. Attorney's Office
318 S. Sixth Street
Springfield, IL 62701

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of:
s/Esteban F. Sanchez
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: 4/26/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 484 | District of Origin No. 026 | District to Serve No. 026 | Signature of Authorized USMS Deputy or Clerk | Date 5/10/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

RECEIVED 2005 AUG -1 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

| Service Fee 45.00 | Total Mileage Charges (including endeavors) $90.00 | Forwarding Fee | Total Charges 135.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: BRICK DUPLEX 1T ON LEFT.
ENDEAVORS: 6-21-05
7-6-05
7-19-05

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

AO 440 (REV. 5/85) Summons in a Civil Action

# Central District of Illinois
# Rock Island Division

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>2000 FORD EXCURSION,  )<br>VIN #1FMNU43S9YEE15374,  )<br>  )<br>Defendant.  ) | **SUMMONS IN A CIVIL ACTION**<br><br>No: 05-4036 |

TO: (Name and Address of Defendant)   **Alfredo Tovar**
**1821 24th Avenue**
**Moline, IL 61265-4872**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney (Name and Address)

Esteban F. Sanchez
Assistant U.S. Attorney
318 S. Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450

a verified claim within thirty (30) days after service of this Summons upon you, exclusive of the day of service, and answer to the complaint within twenty (20) days after the filing of your claim. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. A copy of your claim and answer must also be filed with the Clerk of this Court

| s/John M. Waters | May 2, 2005 |
|---|---|
| Clerk | Date |

s/T. Peeples
By Deputy Clerk

AO 440 (REV. 5/85) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me[1] || DATE: |
| NAME OF SERVER: || TITLE: |

Check one box below to indicate appropriate method of service

☐     Served personally upon the defendant. Place where served: _____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____
_____

☐     Returned unexecuted: _____
_____
_____

☐     Other (specify):_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the following information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                                                   Signature of Server

                                                                   _____
                                                                   Address of Server

---

[1] As to who may serve a Summons, see Rule 4 of the Federal Rules of Civil Procedure

E-FILED
Friday, 29 April, 2005 04:03:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No:   05-4036 |
| ) | |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

**FORFEITURE COMPLAINT IN REM**

NOW COMES the United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Esteban F. Sanchez, and for its complaint for forfeiture respectfully states as follows:

1. This is an action in rem brought to enforce the provisions of 21 U.S.C. §881(a)(6) for the forfeiture of all property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is traceable to a violation of 31 U.S.C. § 5324(a) (structuring) which is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3. The defendant is one 2000 Ford Excursion, VIN #1FMNU43S9YEE15374.

4. This action is brought in the Central District of Illinois, Rock Island Division, as the defendant vehicle was seized in Rock Island, Illinois, and will remain within the jurisdiction of this Court throughout the pendency of this action.

5.   Based on the following information, there is probable cause to believe that the defendant vehicle constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is traceable to a violation of 31 U.S.C. § 5324(a) (structuring) which is, therefore, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

6.   On November 17, 2004, law enforcement agents, along with the United States Attorney's Office, conducted a proffer interview of Jose Tovar. Mr. Tovar was arrested on August 12, 2004 and indicted for conspiracy to distribute over five kilograms of cocaine.

7.   During this interview, Jose Tovar admitted to purchasing a 2000 Ford Excursion with drug proceeds. Tovar stated that he purchased the vehicle using four cashier's checks totaling $19,000 and that the funds used to obtain the cashier's checks were from drug proceeds. Tovar put the vehicle in his father's name, Alfredo Tovar, to avoid detection of the vehicle by law enforcement. At that time, agents told Jose Tovar that the vehicle would be subject to forfeiture and Tovar agreed to turn over custody of the vehicle to Attorney Jack Schwartz who would then turn over the vehicle to law enforcement.

8.   On November 23, 2004, Attorney Schwartz relinquished custody of the 2000 Ford Excursion to law enforcement.

9.   Based upon the foregoing, it is believed that the vehicle was purchased with the proceeds from the sale of cocaine by Jose Tovar and is, therefore, forfeitable to the United States.

WHEREFORE, the United States of America prays that this Court forfeit the defendant, 2000 Ford Excursion, VIN #1FMNU43S9YEE15374, to the United States of America for disposition

2

according to law, for the issuance of a Warrant in Rem, for costs of suit and for such other and further relief as the Court may deem necessary.

                                                 Respectfully Submitted,

                                                 JAN PAUL MILLER
                                                 UNITED STATES ATTORNEY

By:    s/Esteban F. Sanchez
        Esteban F. Sanchez
        Assistant United States Attorney
        Illinois Bar No. 3123604
        318 South 6th Street
        Springfield, IL 62701
        Telephone: (217) 492-4450
        esteban.sanchez@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct based on information and belief.

Executed on this 27th day of April, 2005.

                                                 S/A Jon Johnson
                                                 Special Agent Jon Johnson
                                                 Drug Enforcement Administration

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No: 05-4036 |
| | ) |
| 2000 FORD EXCURSION, | ) |
| VIN #1FMNU43S9YEE15374, | ) |
| | ) |
| Defendant. | ) |

### WARRANT OF ARREST IN REM

TO:    The United States Marshal for the Central District of Illinois:

WHEREAS, on April 28, 2005, a verified Complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action.

NOW, THEREFORE, we do hereby command that you seize the following property and detain the same in your custody until further order of the Court regarding the same, which is more fully described as:

**2000 FORD EXCURSION, VIN #1FMNU43S9YEE15374**

All persons claiming an interest in said property must file their verified claims, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the execution of the warrant or actual notice of this action, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk of the District Court, 211 19th Street, Room 40, Rock Island, Illinois 61201 and with Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone: (217-492-4450).

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§1602-1619, and Title 21 C.F.R. §§1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Dated this _28th_ day of __April, 2005.         _____s/John M. Waters_____, Clerk

                                                By: ____s.T. Peeples_____
                                                        Deputy Clerk