E-FILED
Friday, 16 September, 2005 02:16:09 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-4036 |
| DEFENDANT | TYPE OF PROCESS |
| 2000 Ford Excursion, VIN #1FMNU43S9YEE15374 | Summons |

RECEIVED 2005 JUL 20 A 8:43 US MARSHALS SERVICE CENTRAL ILLINOIS

FILED SEP 1 6 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ramona Gayton

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
415 Eighth Street, Moline, Illinois

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Esteban F. Sanchez, Assistant United States Attorney
U.S. Attorney's Office
318 S. Sixth Street
Springfield, IL 62701

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Signature of Attorney or other Originator requesting service on behalf of:
s/Esteban F. Sanchez
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: 4/26/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 387 4 | District of Origin No. 026 | District to Serve No. 026 | Signature of Authorized USMS Deputy or Clerk | Date 5/10/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).
GAYTON, LUIS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)
SAME AS ABOVE

Date of Service: 6-28-05
Time: 0918 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45 | $2.03 | | $47.03 | | | |

REMARKS: SERVED AT ABOVE ADDRESS ON LUIS GAYTON, THE HUSBAND OF RAMONA GAYTON. DOB 4-29-58 ILLINOIS D/L # 6350-5205-9122

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

AO 440 (REV. 5/85) Summons in a Civil Action

# Central District of Illinois
# Rock Island Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUMMONS IN A CIVIL ACTION** |
| vs. | ) | |
| | ) | No: 05-4036 |
| 2000 FORD EXCURSION, | ) | |
| VIN #1FMNU43S9YEE15374, | ) | |
| | ) | |
| Defendant. | ) | |

TO: (Name and Address of Defendant)  **Ramona Gayton**
**415 Eighth Street**
**Moline, Illinois**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney (Name and Address)

Esteban F. Sanchez
Assistant U.S. Attorney
318 S. Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450

a verified claim within thirty (30) days after service of this Summons upon you, exclusive of the day of service, and answer to the complaint within twenty (20) days after the filing of your claim. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. A copy of your claim and answer must also be filed with the Clerk of this Court

| s/John M. Waters | May 2, 2005 |
|---|---|
| Clerk | Date |

s/T. Peeples
By Deputy Clerk

AO 440 (REV. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: |
| NAME OF SERVER: | TITLE: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the following information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                                        Signature of Server

                                        _____
                                        Address of Server

---

[1] As to who may serve a Summons, see Rule 4 of the Federal Rules of Civil Procedure