E-FILED
Friday, 17 February, 2006 03:21:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 05-4036 |
| | ) | |
| 2000 FORD EXCURSION, | ) | |
| VIN #1FMNU43S9YEE15374, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
FEB 15 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## STATUS REPORT

NOW COMES the United States of America, Plaintiff, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Esteban F. Sanchez, Assistant United States Attorney, and provides the Court with the following Status Report:

1.  On February 3, 2006, this Court directed the government to take further action on this case no later than February 17, 2006.

2.  The Court is advised that the government has been unsuccessful in serving the Summons and Complaint on potential claimant, Alfredo Tovar. The other claimants, Jose Tovar and Ramona Grayton, have been properly served.

3. Although a Notice of Action and Seizure was published in the Moline Daily Dispatch for three consecutive weeks beginning on May 11, 2005, the government moves for the Court to enter a supplemental Order, pursuant to Supplemental Rule C(4) of the Federal Rules of Civil Procedure, allowing the government to publish the attached Notice of Action and Seizure, which is specifically addressed to Alfredo Tovar.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Esteban F. Sanchez
      Esteban F. Sanchez
      Assistant United States Attorney
      Illinois Bar No. 3123604
      318 South 6th Street
      Springfield, IL 62701
      Telephone: (217) 492-4450
      esteban.sanchez@usdoj.gov

## ORDER

So ordered this 15th day of February, 2006.

s/Michael M. Mihm
Judge

2

## NOTICE OF ACTION AND SEIZURE

TO: Alfredo Tovar
1821 24th Avenue
Moline, IL 61265

PLEASE TAKE NOTICE that on April 28, 2005, the United States of America filed a Forfeiture Complaint in Civil Action No: 05-4036 in the United States District Court for the Central District of Illinois, in order to forfeit one 2000 Ford Excursion, VIN #1FMNU43S9YEE15374. A copy of the Complaint can be obtained from the Clerk, United States District Court, 211 19th Street, Rock Island, IL 61201 (telephone: (309) 793-5778) or from Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone: (217-492-4450).

In accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal.

Anyone with a claim to this property should file that claim with the Clerk of the United States District Court and with Esteban Sanchez within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

Jack Schwartz
Attorney at Law
1800 Third Avenue, Suite 211
Rock Island, IL 61201

>                                 s/Esteban F. Sanchez
>                                 Esteban F. Sanchez
>                                 Assistant United States Attorney
>                                 318 South Sixth Street
>                                 Springfield, IL 62701
>                                 (217) 492-4450
>                                 Fax: (217) 492-4512
>                                 esteban.sanchez@usdoj.gov