# Dispatch·Argus

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
TO ENSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

| | | |
|---|---|---|
| ACCOUNT # | 112148 | CHECK # |
| AD # | 366728 | |
| AMOUNT | $94.25 | |



RECEIVED MAR 1 7 2006
U.S. ATTORNEY
SPRINGFIELD, ILLINOIS

U.S. DEPARTMENT OF JUSTICE
318 SOUTH 6TH ST
SPRINGFIELD, IL  62701

Please check option that applies:

☐ **PAYMENT ENCLOSED**   Please make checks payable to Moline Dispatch Publishing Co. LLC. 1720 5th Avenue Moline, IL  61265-7997

☐ **BILL MY CREDIT CARD**
☐ Mastercard  ☐ Visa  ☐ Discover  ☐ Amex
Credit Card Number _____
Expiration Date _____
Authorized Signature _____

# Dispatch·Argus

---- BILLING INFORMATION ----

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT # | 112148 | AD START DATE | 2/28/06 | AD STOP DATE | 3/14/06 |
| AD # | 366728 | INSERTIONS | 3 | CLASSIFICATION | 2227 |
| AMOUNT | $94.25 | | | INCHES | 3.250 |
| DUE UPON RECEIPT | | DESCRIPTION | 2000 Ford Excursion | | |

Thank you for giving us the opportunity to serve you!  If you have any questions regarding this invoice, please contact us at 309-757-4901.  We are open Monday - Friday 8:00 a.m. - 5:30 p.m.
Billing Address - 1720 5th Avenue, Moline, IL  61265-7997

**RETAIN THIS PORTION FOR YOUR RECORDS**

---

**NOTICE**
NOTICE OF ACTION AND SEIZURE
TO: Alfredo Tovar
1821 24th Avenue
Moline, IL 61265
PLEASE TAKE NOTICE that on April 28, 2005, the United States of America filed a Forfeiture Complaint in Civil Action No: 05-4036 in the United States District Court for the Central District of Illinois, in order to forfeit one 2000 Ford Excursion,       VIN      # 1FMNU43S9YEE15374.
A copy of the Complaint can be obtained from the Clerk, United States District Court, 211 19th Street, Rock Island, IL 61201 (telephone: (309) 793-5778) or from Esteban F. Sanchez, Assistant U.S. Attorney, 318 S. Sixth Street, Springfield, IL 62701 (telephone: (217-492-4450-4450).
In accordance with said Complaint, a Warrant for the seizure of said property was duly issued and has been or will be executed by the United States Marshal.
Anyone with a claim to this property should file such claim with the Clerk of the United States District Court and with Esteban Sanchez, within 30 days of this publication and an answer to said Complaint within 20 days of the filing of a claim to the defendant property.
28-7-14

# CERTIFICATE OF PUBLICATION

MOLINE DISPATCH PUBLISHING COMPANY L.L.C., hereby certifies that it is a Limited Liability Company, existing and doing business under the laws of the State of Delaware, licensed to do business in the State of Illinois, and states that it is publisher of THE DISPATCH and THE ARGUS daily, public, secular newspapers of general circulation printed and published daily in the City of Moline, County of Rock Island, and further certifies that a notice whereof the annexed printed notice, a true copy, was printed and published in said newspapers, said notice was so printed and published in said newspaper   1   time(s) in each week for   3   successive week(s), the date of the first said printed notice being the  28th  day of   FEB  A.D.  2006 and the last said newspaper containing said notice being the 14th day of

MOLINE DISPATCH PUBLISHING COMPANY L.L.C.

By _____

Moline, Illinois        03/15/2006

STATE OF ILLINOIS  } SS.
COUNTY             }

___ being duly sworn on his oath, says that he is the Business Manager of the MOLINE DISPATCH PUBLISHING COMPANY L.L.C. and that the foregoing certificate of publication are true and that the annexed notice was published as therein specified, and that said THE DISPATCH and ROCK ISLAND ARGUS have been regularly published in the City of Moline, County of Rock Island, and State of Illinois, for more than one year prior to the date of the first publication of said notice.

Subscribed and sworn to before me this   15 day of   MAR  2006

ACCOUNT #  112148    AD # 366728
U.S. DEPARTMENT OF JUSTICE

OFFICIAL SEAL
LINDA BRIDGEFORD
NOTARY PUBLIC - STATE OF ILLINOIS

_____ Notary Public