E-FILED
Thursday, 06 April, 2006   08:40:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No: 05-4036 |
| 2000 FORD EXCURSION, VIN #1FMNU43S9YEE15374, | ) |
| Defendant. | ) |

**MOTION FOR SUBSTITUTION OF COUNSEL**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patricia A. McInerney, Assistant United States Attorney, and for its Motion for Substitution of Counsel states as follows:

1.   Assistant United States Attorney Esteban F. Sanchez is designated as counsel of record in the above-captioned matter on behalf of the government.

2.   This matter has been reassigned to Assistant United States Attorney Patricia A. McInerney.

WHEREFORE, plaintiff prays that this Court grant its Motion For Substitution of Counsel substituting Assistant United States Attorney Patricia A. McInerney for Assistant United States Attorney Esteban F. Sanchez as counsel of record on behalf of the government.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Patricia A. McInerney
Patricia A. McInerney
Assistant United States Attorney
Illinois Bar No.0782440
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patricia.a.mcinerney@usdoj.gov