E-FILED
Friday, 14 April, 2006  01:41:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No: 05-4036 |
| | ) |
| 2000 FORD EXCURSION, | ) |
| VIN #1FMNU43S9YEE15374, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR APPOINTMENT OF ADDITIONAL COUNSEL**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and requests that she be appointed as additional counsel (lead counsel) in the above-referenced proceeding.

WHEREFORE, plaintiff prays that this Court grant its Motion For Appointment of Additional Counsel so that Elizabeth S. Collins be appointed as additional counsel (lead counsel) in this proceeding on behalf of the government.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:    s/Elizabeth L. Collins
       Elizabeth L. Collins - Illinois Bar No: 487864
       Assistant United States Attorney
       318 South 6th Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       beth.collins@usdoj.gov