IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 05-4036 |
| ) | |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

**APPLICATION FOR ENTRY OF DEFAULT AGAINST
POTENTIAL CLAIMANT ALFREDO TOVAR AND
ALL OTHER UNKNOWN POTENTIAL CLAIMANTS**

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois and Elizabeth L. Collins, Assistant United States Attorney and for its Application for Entry of Default Judgment against Alfredo Tovar and all other unknown potential claimants, states as follows:

1.    The United States filed a verified Complaint on April 28, 2005 seeking affirmative relief against the defendant vehicle.

2.    A Warrant in Rem was served upon the defendant vehicle on May 10, 2005.

3.    Pursuant to Order of this Court, a Notice of Seizure (Publication #1) was published for three consecutive weeks in the Moline Daily Dispatch, Moline, Illinois, with the third and final publication on May 25, 2005. (#8)

4.    On March 7, 2007, this Court entered an Entry of Default against Jose Tovar and Ramona Gayton. (#16)

5.    Pursuant to Order of this Court, a Notice of Action and Seizure (Publication #2) , specifically addressed to Alfredo Tovar, was published for three consecutive weeks in

the Moline Daily Dispatch, Moline, Illinois with the third and final publication on March 14, 2006. (#17)

6. More than 30 days have passed since the Notice of Action and Seizure (Publication #2) was published to Alfredo Tovar, and Alfredo Tovar has not filed a Claim nor an Answer seeking to defend the defendant vehicle and the time within which to do so has expired.

7. More than 30 days have passed since Notice of Action and Seizure was published on all other unknown potential claimants, and no unknown potential claimant has filed a claim nor an Answer seeking to defend the defendant vehicle and the time within which to do so has expired.

WHEREFORE, the United States of America respectfully requests that this Court enter default against Alfredo Tovar and all other unknown potential claimants.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Elizabeth L. Collins
Elizabeth L. Collins - Illinois Bar No: 487864
Assistant United States Attorney
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
beth.collins@usdoj.gov

VERIFICATION

Under penalty of perjury, the undersigned affirms that the allegations of the foregoing are true and correct based upon information provided to me.

DATE: 4/14/06                                s/Elizabeth L. Collins
                                             Elizabeth L. Collins

2

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 05-4036 |
| ) | |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF DEFAULT AGAINST ALFREDO TOVAR**
**AND ALL OTHER UNKNOWN POTENTIAL CLAIMANTS**

This matter has come on to be heard on the United States Application for Entry of Default. The Court is fully advised and the Court finds that the defendant, and all known potential claimants have been served or have waived service of summons pursuant to Rule 4, Federal Rules of Civil Procedure and Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims; that Notices of Action and Seizure (Publication #1 and #2) have been published pursuant to order of this Court, with Publication #2 specifically addressed to Alfredo Tovar; and no one has filed a Claim nor an Answer to the defendant, and the time to do so has expired.

IT IS, THEREFORE, ORDERED that default shall be and is hereby entered against Alfredo Tovar and all other unknown potential claimants.

IT IS FURTHER ORDERED that this cause of action be subject to dismissal for failure to prosecute unless within fourteen (14) days of the Entry of Default the United States of America makes application to the District Court for the entry of a Default Judgment.

ENTERED:_____day of _____, 2006.                _____
                                                                   Judge