

E-FILED
Wednesday, 24 May, 2006 04:50:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

MAY 24 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 05-4036 |
| ) | |
| 2000 FORD EXCURSION, ) | |
| VIN #1FMNU43S9YEE15374, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against Jose Tovar, Ramona Gayton, Alfredo Tovar, and all potential claimants, known and unknown, and for the forfeiture of the defendant; and

WHEREAS, the United States of America has shown that there is probable cause to believe that the defendant is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), to the United States because said defendant constitutes proceeds traceable to money furnished in exchange for a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or is therefore, subject to forfeiture to the United States of America.

WHEREAS, Jose Tovar, Ramona Gayton, Alfredo Tovar, and all potential claimants, known and unknown, having received notice by publication of the pendency of this action, have failed to file a claim and answer to defend the defendant; and

WHEREAS, Jose Tovar, Ramona Gayton, Alfredo Tovar and the potential claimants, known or unknown, are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

WHEREAS, on March 7, 2006, the Honorable Michael M. Mihm entered an Entry of Default against Jose Tovar and Ramona Gayton.

WHEREAS, on April 17, 2006, the Honorable Michael M. Mihm entered a text order finding Alfredo Tovar and all other unknown potential claimants in default.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That a judgment of default is hereby entered against Jose Tovar, Ramona Gayton, Alfredo Tovar, all potential claimants, known and unknown, and against the defendant.

2. The defendant is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

3. The defendant is to be disposed by the United States Marshal Service in accordance with law.

IT IS SO ORDERED this 24th day of May, 2006.

s/Michael M. Mihm
_____
Judge