AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**United States of America**

vs.                                                                                     Case Number: **05-4036**

**2000 Ford Excursion,**
**VIN #1FMNU43S9YEE15374**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED,  ADJUDGED AND DECREED** that  judgment of default is hereby  entered against the defendant.   The defendant is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.  The defendant is to be disposed by the United States Marshal Service in accordance with law.---------------------------------------------------------------------------------------------------------------------

ENTER this 25th day of May, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK